OF THE

## STATE OF ARIZONA

From October 11, 1921, to April 22, 1922.

[Civil No. 1960. Filed October 11, 1921.]

[200 Pac. 292.]

In the Matter of the Estate of GEORGE MILLER, Deceased. MINNIE WILSON, Appellant, v. H. H. WATKINS and WAYNE HUBBS, Appellees.

APPEAL from a judgment of the Superior Court of the County of Mohave, J. E. Jones, Judge. Motion to dismiss appeal. Granted.

Messrs. Sprowls & Downing and Mr. E. E. Armour, for Appellant.

Mr. Robert E. Morrison and Mr. Carl G. Krook, for Appellees.

PER CURIAM.—This case is before us, on motion by appellees, to dismiss the appeal, because the appellant has filed no appeal bond. The facts are in all respects like the facts in *Young Construction Co. v. Ruth Gold Mines Co.*, 14 Ariz. 518, 131 Pac. 1045, and on the authority of that case the motion must be granted. It is so ordered.